**Alex ALEXANDER, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 01–3165.

United States Court of Appeals, Federal Circuit.

DECIDED: May 7, 2001.

ORDER

Petitioner having paid the required filing fee, it is ORDERED that the order of

---

* Thus, we need not address Finnegan's alternative argument, that Antonious's appeal be

dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.